FILED
2009 Dec-11  AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS WARREN LOVE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 09-S-1212-S** |
| | ) | |
| **WARDEN WISE; ATTORNEY** | ) | |
| **GENERAL FOR THE STATE** | ) | |
| **OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on November 19, 2009, recommending that the petition for writ of habeas corpus be dismissed as untimely.  The parties were allowed an opportunity in which to file objections to the magistrate judge's findings and recommendation.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are,  ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be  DISMISSED as untimely.   A Final Judgment will be entered.

DONE this 11th day of December, 2009.

_____
United States District Judge